IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CINDY SNIDER and                                                                                          PLAINTIFFS
CHARLIE SNIDER

v.                                              Civil No. 1:07-cv-01086

E-Z MART STORES, INC                                                                                      DEFENDANT

## JUDGMENT

Plaintiffs have made an oral motion to non-suit this action without prejudice. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Fed.R.Civ.P. 41(a)(2), this matter is dismissed without prejudice.

**IT IS SO ORDERED** this **27th day of June 2012.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE